# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140422(98)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DEDRICK LAVONZ MCCAULEY,
      Defendant-Appellee.

_____

SC: 140422
COA: 281197
Wayne CC: 07-009190-01

      On order of the Chief Justice, the motion by the Attorney General and the Prosecuting Attorneys Association of Michigan for extension to August 27, 2010 of the time for filing their brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

_____
Clerk